IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATASHA ROBINSON, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-722-RAH |
| | )             [WO] |
| CONN'S, INC., D/B/A CONN'S | ) |
| HOMEPLUS, | ) |
| | ) |
|   Defendant. | ) |

# ORDER

Before the Court is the parties' *Joint Motion to Extend Arbitration Discovery Deadlines*. (Doc. 20.) The motion is due to be granted in light of the similarity with *Reed v. Conn's Inc., et. al.*, No. 2:23-cv-61-ECM (M.D. Ala.). The Court agrees that the interests of efficiency and cost savings supports an extension of time in this case for the purpose of consolidating the discovery and dispositive motions deadlines in both matters.

Accordingly, it is ORDERED as follows:

- The parties' *Joint Motion to Extend Arbitration Discovery Deadlines* (Doc. 20) is **GRANTED**;

- The deadline to complete pretrial discovery regarding arbitration is **extended** from September 8, 2023 to **December 29, 2023**;

1

- The deadline to file dispositive motions, if any, is **extended** from September 29, 2023 to **January 19, 2024**.

**DONE** on this the 14th day of August, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE